AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE IRON WORKERS
WELFARE PLAN

V.

WEST WIND REINFORCING, LLC

CASE NUMBER: 19CV1386

ASSIGNED JUDGE: Ronald A. Guzman

DESIGNATED
MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

WEST WIND REINFORCING, LLC
c/o ILLINOIS CORPORATION SERVICE C
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

February 26, 2019

DATE

## United States District Court For The Northern District of Illinois

**Trustees of the Iron Workers Welfare Plan,**
    Plaintiff(s),
vs.

**West Wind Reinforcing LLC,**
    Defendant(s).

For: **McGann Ketterman & Rioux**

**CASE NO.: 19 CV 1386**

**Court Date: N/A**



## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

**West Wind Reinforcing LLC, c/o Illinois Service Corporation Service 801 Adlai Stevenson Dr, Springfield, IL62703.**

I, **Greg Willing**, being first duly sworn on oath, depose and say the following:

I **SERVED**, on **February 28, 2019 at 3:11 PM**, the within

**Summons in a Civil Action and Complaint** In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **LYLE NEIMAN** Title: **Customer Service Representative at ILCSC**, an officer or agent of West Wind Reinforcing LLC.

**At c/o Illinois Service Corporation Service 801 Adlai Stevenson Dr, Springfield, IL62703.**

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Blonde | 58 | 5'04" | 170 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois
_____Logan_____ County
Signed and sworn to before me on
this ____4____ day of March, 2019.

_____
NotaryPublic

SERVED BY: _____
Process Server Number: 129-261847
Meador Investigations
PO Box 157
Lincoln, IL62656
217.732.1585
IL Lic#117-001077

*357843*

"OFFICIAL SEAL"
AMANDA MONTCALM
Notary Public, State of Illinois
My Commission Expires 6/27/2021